IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TORIK MARCUS BLADE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:10-CV-0038 |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

On February 9, 2010, petitioner filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary proceeding. On January 11, 2011, petitioner filed a pleading requesting this Court dismiss his habeas corpus petition with prejudice. On January 12, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's request to dismiss be granted, and that petitioner's habeas application be dismissed. As of this date, no objections to the Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, petitioner's request for voluntary dismissal is GRANTED, and the

petition for a writ of habeas corpus filed by petitioner TORIK MARCUS BLADE is

DISMISSED with prejudice.

    IT IS SO ORDERED.

    ENTERED this ____7th____ day of ____February____ 2011.

                                          MARY LOU ROBINSON
                                          UNITED STATES DISTRICT JUDGE